Dismissed and Memorandum Opinion filed May 15, 2003









Dismissed and Memorandum Opinion filed May 15, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00460-CV

____________

 

SECURITY CAPITAL GROUP INCORPORATED,
Appellant

 

V.

 

PETER GRIMM, Appellee

 



 

On Appeal from the 190th District Court

Harris
County, Texas

Trial Court Cause No. 02-37656

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 30,
2002.  On May 2, 2003, appellant filed an
unopposed motion to dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed May 15, 2003.

Panel consists of Chief Justice
Brister and Justices Fowler and Edelman.